**CARMEN A. TRUTANICH,** City Attorney (SBN 86629x)
**LAURIE RITTENBERG,** Assistant City Attorney (SBN 106683)
**JOHN CARVALHO,** Deputy City Attorney (SBN 189895)
Email: *john.carvalho@lacity.org*
**CASEY CHON,** Deputy City Attorney (SBN 232384)
Email: *casey.chon@lacity.org*
200 N. Main Street, City Hall East, 9th Floor, Rm. 916
Los Angeles, CA 90012-4129
Telephone (213) 473-6878
Facsimile (213) 473-6818

Attorneys for Defendant CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYWOOD CHARACTERS, an unincorporated association, MATTHIAS BALKE, MELISSA BEITHAN, PAUL HARRELL, TERRELL "TONY" TOMEY, | **CASE NO.  CV 10-5848 DDP (CWx)** |
| | **ANSWER OF DEFENDANT CITY OF LOS ANGELES** |
| Plaintiffs, | |
| v. | |
| CITY OF LOS ANGELES, a municipal entity, OFFICER CHACON (Badge # 36926), OFFICER GONZALES (Badge # 37578), OFFICER MACHADO (Badge # 37048), OFFICER JORDAN (Badge # 32285), OFFICER ROTKOWSKI (Badge # 40290) and DOES 1-10, all in their official and individual capacities, | |
| Defendants. | |

1

COMES NOW Defendant CITY OF LOS ANGELES ("Defendant"), and in answering the Plaintiffs' Complaint, for itself and for no other parties, admits, denies, and alleges as follows:

## Jurisdiction and Venue

1.      In response to paragraph 1, Defendant admits jurisdiction is properly asserted.

2.      In response to paragraph 2, Defendant admits it is located within the District and that venue is properly asserted.

## Statement of Facts

3.      In response to paragraph 3, Defendant denies each and every allegation therein other than the sentences beginning at 2:22 and ending at 2:25 which Defendant admits.

4.      In response to paragraph 4, Defendant denies each and every allegation contained therein other than the date and approximate location of Plaintiffs' arrests and that Plaintiffs were wearing costumes at the time.

5.      In response to paragraph 5, Defendant admits the date, approximate time and location of the arrest, that Tomey was arrested wearing a costume at the time, and the names of the arresting officers.  Defendant denies the other allegations.

6.      In response to paragraph 6, Defendant denies each and every allegation therein.

7.      In response to paragraph 7, "After approximately 10 minutes," is without context and therefore unintelligible.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis denies each and every remaining allegation.

8.      In response to paragraph 8, Defendant denies each and every allegation therein.

9.      In response to paragraph 9, Defendant admits that Balke, Beithan and Harrell were arrested on June 4, 2010 and transported.  Defendant denies each and every

2

ANSWER OF DEFENDANT CITY OF LOS ANGELES

remaining allegation.

10.    In response to paragraph 10, Defendant admits that Balke and Harrell were arrested on June 4, 2010, transported and booked.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis denies each and every remaining allegation.

11.    In response to paragraph 11, Defendant admits that Beithan was arrested on June 4, 2010, transported and booked.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis denies each and every remaining allegation.

12.    In response to paragraph 12, Defendant denies the allegation contained in the first paragraph. Defendant admits the charges were dropped.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis denies each and every remaining allegation.

13.    In response to paragraph 13, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation.

14.    In response to paragraph 14, Defendant denies each and every allegation contained therein.

15.    In response to paragraph 15, Defendant denies each and every allegation contained therein.

16.    In response to paragraph 16, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation.

17.    In response to paragraph 17, Defendant denies each and every allegation contained therein.

**Parties**

18.    In response to paragraph 18, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on

3

that basis denies each and every allegation.

19.     In response to paragraph 19, Defendant admits the arrest and that the charges were ultimately dropped.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis denies each and every remaining allegation.

20.     In response to paragraph 20, Defendant admits the arrest.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis denies each and every remaining allegation.

21.     In response to paragraph 21, Defendant admits the arrest and that the charges were ultimately dropped.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis denies each and every remaining allegation.

22.     In response to paragraph 22, Defendant admits the arrest.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis denies each and every remaining allegation.

**Defendants**

23.     In response to paragraph 23, Defendant admits the allegations.

24.     In response to paragraph 24, Defendant admits the allegations.

25.     In response to paragraph 25, Defendant admits the allegations.

26.     In response to paragraph 26, Defendant admits the allegations.

27.     In response to paragraph 27, Defendant admits the allegations.

28.     In response to paragraph 28, Defendant admits the allegations.

29.     In response to paragraph 29, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation.

**First Cause of Action**

30.     In response to paragraph 30, Defendant incorporates by this reference, as though fully set forth at length herein, its responses to the complaint set forth in

4

paragraphs 1 through 29, inclusive.

31.     In response to paragraph 31, Defendant denies each and every allegation contained therein.

32.     In response to paragraph 32, Defendant denies each and every allegation contained therein.

33.     In response to paragraph 33, Defendant denies each and every allegation contained therein.

## Second Cause of Action

34.     In response to paragraph 34, Defendant incorporates by this reference, as though fully set forth at length herein, its responses to the complaint set forth in paragraphs 1 through 33, inclusive.

35.     In response to paragraph 35, Defendant denies each and every allegation contained therein.

36.     In response to paragraph 36, Defendant denies each and every allegation contained therein.

37.     In response to paragraph 37, Defendant denies each and every allegation contained therein.

## Third Cause of Action

38.     In response to paragraph 38, Defendant incorporates by this reference, as though fully set forth at length herein, its responses to the complaint set forth in paragraphs 1 through 37, inclusive.

39.     In response to paragraph 39, Defendant denies each and every allegation contained therein.

40.     In response to paragraph 40, Defendant denies each and every allegation contained therein.

41.     In response to paragraph 41, Defendant denies each and every allegation contained therein.

42.     In response to paragraph 42, Defendant admits the allegation.

ANSWER OF DEFENDANT CITY OF LOS ANGELES

43.     In response to paragraph 43, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation.

44.     In response to paragraph 44, Defendant denies the allegation.

**Fourth Cause of Action**

45.     In response to paragraph 45, Defendant incorporates by this reference, as though fully set forth at length herein, its responses to the complaint set forth in paragraphs 1 through 44, inclusive.

46.     In response to paragraph 46, Defendant denies the allegation.

47.     In response to paragraph 47, Defendant denies each and every allegation contained therein.

48.     In response to paragraph 48, Defendant denies each and every allegation contained therein.

**Fifth Cause of Action**

49.     In response to paragraph 49, Defendant incorporates by this reference, as though fully set forth at length herein, its responses to the complaint set forth in paragraphs 1 through 48, inclusive.

50.     In response to paragraph 50, Defendant denies that plaintiffs' rights were violated.

51.     In response to paragraph 51, Defendant denies each and every allegation contained therein.

52.     In response to paragraph 52, Defendant denies each and every allegation contained therein.

**Sixth Cause of Action**

53.     In response to paragraph 53, Defendant incorporates by this reference, as though fully set forth at length herein, its responses to the complaint set forth in paragraphs 1 through 52, inclusive.

*///*

ANSWER OF DEFENDANT CITY OF LOS ANGELES

54.     In response to paragraph 54, Defendant denies each and every allegation contained therein.

55.     In response to paragraph 55, Defendant denies each and every allegation contained therein.

## Defendant's Affirmative Defenses

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

If Plaintiffs were injured at all, it was from the actions of others.

### THIRD AFFIRMATIVE DEFENSE

Defendant has no custom or policy to deprive plaintiffs of their constitutional rights under the California or United States Constitutions.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs cannot show imminent threat of irreparable injury.

### FIFTH AFFIRMATIVE DEFENSE

The balance of hardships weigh in Defendant's favor.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs are unlikely to prevail on the merits.

### SEVENTH AFFIRMATIVE DEFENSE

The public interest will not be advanced by granting the relief requested by plaintiffs.

### EIGHTH AFFIRMATIVE DEFENSE

A public entity is not liable for any act or omission of a named defendant not acting within the course and scope of duties as an employee of the public entity.

### NINTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

ANSWER OF DEFENDANT CITY OF LOS ANGELES

## TENTH AFFIRMATIVE DEFENSE

The state claims are barred by plaintiffs' failure to comply with the provisions of the California Tort Claims Act, California Government Code sections 910, et seq.

## ELEVENTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of plaintiffs, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## TWELFTH AFFIRMATIVE DEFENSE

Defendant is immune from punitive damages claims per California Government Code § 818.

## THIRTEENTH AFFIRMATIVE DEFENSE

Any liability of Defendant is barred by the provisions of California Government Code sections 815 et seq., and other applicable provisions of law and each of them, in that any injury to plaintiffs alleged in their complaint would have resulted from acts or omissions of public employees of this defendant, if at all, in the exercise of discretion vested in them.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant denies generally and specifically that plaintiffs have been or will be damaged by reason or as a proximate result of any act, breach, omission, and other conduct of Defendant, its agents or employees as alleged in the complaint.

## FIFTEETH AFFIRMATIVE DEFENSE

Defendant is informed and believes and based thereon that if plaintiffs have sustained, any of the injuries, losses or damages described in their complaint, then such injuries, losses or damages were caused solely or in part by the failure of plaintiffs to take reasonable steps available to mitigate such damages, and to the extent that any injuries, losses or damages were caused by plaintiffs' failure to take reasonable steps available to mitigate such damages, they are not reasonably recoverable from the Defendant.

///

ANSWER OF DEFENDANT CITY OF LOS ANGELES

## SIXTEENTH AFFIRMATIVE DEFENSE

Los Angeles Municipal Code Section 41.18(a) is a content neutral, valid time, place and manner regulation, which is narrowly tailored to address significant government interests.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Los Angeles Municipal Code Section 41.18(a) is interpreted and enforced equally along Hollywood Boulevard.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Defendant is protected from liability under the doctrine of qualified immunity because Defendant and/or its employees conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

WHEREFORE, Defendant prays that:

1.    The Complaint be dismissed;

2.    The application for injunctive relief be denied;

3.    Plaintiffs take nothing by this proceeding;

4.    Defendant recover its reasonable attorneys' fees and costs; and

5.    The Court awards such other relief as it considers proper.


Date:  September 16, 2010          CARMEN A. TRUTANICH, City Attorney
                                   LAURIE RITTENBERG, Assistant City Attorney
                                   JOHN CARVALHO, Deputy City Attorney
                                   CASEY CHON, Deputy City Attorney


                                   _____/s/_____
                                   By JOHN CARVALHO, Deputy City Attorney

9