```
 1  CAROL A. SOBEL SBN 84483
    LAW OFFICE OF CAROL A. SOBER
 2  429 Santa Monica Boulevard, Ste. 550
    Santa Monica, California 90401
 3  t. 310 393-3055   f. 310 393-3605
    e. carolsobel@aol.com
 4
    REBECCA F. THORNTON
 5  LAW OFFICE OF REBECCA F. THORNTON
    429 Santa Monica Boulevard, Ste. 550
 6  Santa Monica, California 90401
    t. 310 393-3055   f. 310 393-3605
 7  e. rebecca@humanrightsesq.com
 8
 9              UNITED STATES DISTRICT COURT
10     FOR THE CENTRAL DISTRICT OF CALIFORNIA - Western Division
11
    HOLLYWOOD CHARACTERS, et al.,   )  CASE NO: cv 10-5848 DDP (CWx)
12                                  )
              Plaintiffs,           )  NOTICE OF MOTION AND
13                                  )  MOTION FOR A PRELIMINARY
    v.                              )  INJUNCTION
14                                  )
    CITY OF LOS ANGELES, et al.,    )  Date: November 1, 2010
15                                  )  Time: 10:00 a.m.
              Defendants.           )  Ctrm: 3 (Hon. Dean D. Pregerson)
16  _____  )
17
18
19       Notice is hereby given that on November 1, 2010, at 10:00 a.m., as as soon
20  thereafter as this matter may be heard on the calendar in Courtroom 3 of the United
21  States District Court for the Central District of California, the Honorable Dean D.
22  Pregerson, presiding, plaintiffs will move the Court for an order granting them
23  preliminary relief in this action.
24       The motion is based on this Notice of Motion and Motion, the concurrently
25  filed Memorandum, and all Declaration and Exhibits, including the manually filed
26  DVD of videos and photos.  The motion is also based on any further evidence or
27  argument submitted on reply or presented at the hearing on this matter
28
```

1  The motion is made on the grounds that defendants have violated the First
2  and Fourth Amendment rights of the plaintiffs by arresting and/or citing them, and
3  by threatening to arrest or cite them again, if plaintiffs engage in the same
4  expressive activity which gave rise to their initial arrests and citation.  Plaintiffs
5  allege that defendants have applied Los Angeles Municipal Code sections 41.18(a)
6  and 41.59 in an unstituional manner and have subjected to prosecution based on
7  the lawful expressive activity in quintessential public fora.
8  Preliminary relief is necessary in this instance because Plaintiffs have
9  suffered and continue to suffer the loss of their First Amendment rights and may
10  only seek to exercise those rights under threat of a further violation of their First
11  and Fourth Amendment rights.

Dated: October 4, 2010                            Respectfully submitted,

                                                          Law Office of Carol A. Sobel
                                                          Law Office of Rebecca F. Thornton

                                                                       /s/
                                                          By: CAROL A. SOBEL
                                                          Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the City of Attorney has been served this date by facsimile service upon the following individual:

JOHN CARVALHO
200 N. Main Street
City Hall East, 6th fl.
Los Angeles, CA 90012
213 978-8787

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of October, 2010 at Santas Monica, California.

                                        /s/
                              CAROL A. SOBEL