UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5848 DDP (Cwx) | Date | March 21, 2011 |
|---|---|---|---|
| Title | Hollywood Characters, et al. v. City of Los Angeles, et al. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Carol A. Sobel | John A. Carvalho | |

**Proceedings:**    Settlement Conference

   Settlement conference held.  Agreement is reached on following terms: Payment to Plaintiffs by Defendant in the total sum of $100,000, inclusive of fees and costs; subject to approval by City Council; payment to be made by July 15, 2011; releases to be executed by all individually named Plaintiffs and declarants; stipulation for dismissal with prejudice to be lodged upon receipt of payment.


cc:    Judge Pregerson
       Counsel of Record

                                                                          3   :   30

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5848 DDP (Cwx) | Date | March 21, 2011 |
|---|---|---|---|
| Title | Hollywood Characters, et al. v. City of Los Angeles, et al. | | |

Initials of Preparer    DT